NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, IPR PHARMACEUTICALS INC., AND THE BRIGHAM AND WOMEN'S HOSPITAL, INC.,**
*Plaintiffs-Appellants,*

v.

**APOTEX CORP.,**
*Defendant-Appellee,*

and

**AUROBINDO PHARMA LIMITED,**
*Defendant-Appellee,*

and

**COBALT PHARMACEUTICALS INC. AND COBALT LABORATORIES INC.,**
*Defendants-Appellees,*

and

**GLENMARK GENERICS INC. USA,**
*Defendant-Appellee,*

and

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellee,*

and

**PAR PHARMACEUTICALS, INC.,**

*Defendant-Appellee,*

and

## SUN PHARMACEUTICAL INDUSTRIES, LTD.,
*Defendant-Appellee,*

and

## TEVA PHARMACEUTICALS USA, INC.,
*Defendant-Appellee,*

and

## TORRENT PHARMA INC. AND TORRENT PHARMACEUTICALS LTD.,
*Defendants.*

---

2011-1182, -1183, -1184, -1185, -1186, -1187, -1188, -1189, -1190

---

Appeals from the United States District Court for the District of Delaware in case nos. 10-CV-0338, 10-CV-0339, 10-CV-0340, 10-CV-0341, 10-CV-0342, 10-CV-0343, 10-CV-0345, 10-CV-0346, and 10-CV-0584, Judge Robert B. Kugler.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motions to reform the official caption,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

**MAR 1 8 2011**
_____                        /s/ Jan Horbaly
Date                                     Jan Horbaly
                                         Clerk

cc:  Mary W. Bourke, Esq.
     Robert B. Breisblatt, Esq.
     Edward J. Pardon, Esq.
     Steven A. Maddox, Esq.                      **FILED**
     H. Keeto Sabharwal, Esq.          **U.S. COURT OF APPEALS FOR**
     William A. Rakoczy, Esq.              **THE FEDERAL CIRCUIT**
     Dutch Chung, Esq.
     James F. Hurst, Esq.                      **MAR 1 8 2011**
     Jeffry M. Nichols, Esq.
     Francis J. Murphy, Jr., Esq.              **JAN HORBALY**
                                                 **CLERK**
s21